K. Randolph Moore, SBN 106933
Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046

Attorneys for Plaintiff
Cecil Shaw

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECIL SHAW,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ROBERT L. DAVIS, TRUSTEE OF THE ROBERT L. DAVIS REVOCABLE LIVING TRUST DATED DECEMBER 14, 2006, et al.,<br><br>　　　　Defendants.<br>_____<br>　　And Related Cross-Actions.<br>_____ | No.  1:12-cv-01337-AWI-GSA<br><br>**STIPULATION FOR DISMISSAL OF ACTION AND CROSS-ACTIONS WITH PREJUDICE; ORDER** |

　　　IT IS HEREBY STIPULATED by and between Plaintiff Cecil Shaw and Defendants and Cross-Claimants Robert L. Davis, Trustee of the Robert L. Davis Revocable Living Trust Dated December 14, 2006 and Defendant and Cross-Defendant Genaro Martinez dba La Fiesta Burgers and dba Hot Digity Dog/La Fiesta Burgers, the parties to this action, by and through their respective counsel, that pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action and related cross-actions are hereby dismissed with prejudice in their entirety.

///

*Shaw v. Davis, et al.*
Stipulation for Dismissal; [Proposed] Order

| | |
|---|---|
| Date: November 20, 2012 | MOORE LAW FIRM, P.C. |
| | /s/ Tanya E. Moore |
| | Tanya E. Moore |
| | Attorney for Plaintiff Cecil Shaw |
| | |
| Date: November 20, 2012 | SULLIVAN & SULLIVAN, LAW CORP. |
| | /s/ J. Patrick Sullivan |
| | J. Patrick Sullivan, Attorneys for Defendant and Cross-Claimant Robert L. Davis, Trustee of the Robert L. Davis Revocable Living Trust Dated December 14, 2006 |
| Date:  November 20, 2012 | GUBLER, KOCH, DEGN & GOMEZ, LLP |
| | /s/ Steven M. Koch |
| | Steven M. Koch, Attorney for Defendant and Cross-Defendant Genaro Martinez dba La Fiesta Burgers and dba Hot Digity Dog/La Fiesta Burgers |

## **ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that the above-captioned action and related cross-actions are hereby dismissed with prejudice in their entirety.


IT IS SO ORDERED.

Dated:   November 20, 2012                          _____
                                                                         UNITED STATES DISTRICT JUDGE

*Shaw v. Davis, et al.*
Stipulation for Dismissal; [Proposed] Order

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*Shaw v. Davis, et al.*
Stipulation for Dismissal; [Proposed] Order